HICKS *v.* SOUTHERN RAILWAY COMPANY.

GILBERT, J. On review the judgment of the Court of Appeals is
*Affirmed. All the Justices concur, except Atkinson, J., dissenting.*
No. 1479. JANUARY 16, 1920.
Certiorari; from Court of Appeals. 23 *Ga. App.* 594.
*Edgar Latham,* for plaintiff. *McDaniel & Black,* for defendant.